UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-015-EFS-21 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION TO MODIFY PRETRIAL |
| v. | ) | RELEASE CONDITIONS |
| | ) | |
| BRANDON J. HIGGINS, | ) | |
| | ) | ☐  Action Required |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant, BRANDON HIGGINS, by and through his attorney, John P. Nollette, has moved to modify, and the Plaintiff, United States of America, by and through its attorney, Russell E. Smoot, does not oppose modification of, pretrial release conditions, to remove the Defendant from home monitoring and to allow the Defendant to seek and obtain employment.  U.S. Probation Officer Ann Sauther is also in agreement with Defendant seeking employment, and she has verified that Defendant has been evaluated and does not require treatment.

The court has considered the Defendant's unopposed Motion, and the recommendations of the U.S. Probation Officer, and finds that there is good cause to grant the requested relief.

**IT IS ORDERED** that the Defendant's Motion **(Ct. Rec. 681)** is **GRANTED.**  Defendant's conditions of release are **MODIFIED** as follows:

1.  The requirement that the Defendant be on electronic home monitoring is removed.

2.  Defendant shall be permitted to seek employment, but such

1   employment  shall  be  restricted  to  the  Eastern  District  of
2   Washington.

3       3.  Defendant  shall  notify  Ms.  Sauther  as  to  his  plans  for
4   seeking employment and thereafter shall provide her office with the
5   name and address of his employer, his work schedule and the job-site
6   address or area.

7       All  other  standard  and  special  conditions  of  the  Defendant's
8   pretrial release shall remain in full force and effect.

9       DATED May 6, 2009.

10

11                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING UNOPPOSED MOTION TO MODIFY
PRETRIAL RELEASE CONDITIONS - 2