```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )   No. CR-09-015-EFS-21
                             )
          Plaintiff,         )   ORDER GRANTING MOTION TO
                             )   MODIFY PRETRIAL RELEASE
v.                           )   CONDITIONS
                             )
BRANDON J. HIGGINS,          )
                             )
          Defendant.         )
                             )
```

Before the court is the Defendant's Motion to modify pretrial release conditions to allow the Defendant to work for his current employer on a scheduled highway job for a period of twenty (20) to thirty (30) days during the month of August 2010 in the Seattle area, outside of the Eastern District of Washington.

U.S. Probation Officer Ann Sauther is in agreement with Defendant's request to work in the Seattle area during the month of August 2010, with the condition that Defendant comply with his once a month U.A. condition at a facility in the Seattle area.

The court has considered the Defendant's Motion, and the recommendations of the U.S. Probation Officer, and finds there is good cause to grant the requested relief.

**IT IS ORDERED** that Defendant's Motion **(Ct. Rec. 2170)** is **GRANTED.** The Defendant shall be permitted to work on the highway work site in the Seattle area for his current employer for a period of twenty (20) to thirty (30) days during the month of August 2010. Defendant shall notify Officer Sauther as to his plans for continuing his once

1 a month U.A. at a Seattle area facility and thereafter shall provide
2 her office with confirmation of the testing and results.  All other
3 standard and special conditions of the Defendant's pretrial release
4 shall remain in full force and effect.
5     DATED August 4, 2010.

7                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS - 2